```
 1  STUART F. DELERY
    Assistant Attorney General
 2
    MELINDA HAAG (CA Bar No. 132612)
 3  United States Attorney
    ALEX G. TSE (CA Bar No. 152348)
 4  Chief, Civil Division
    SARA WINSLOW (DC Bar No. 457643)
 5  Assistant United States Attorney
           450 Golden Gate Avenue, Box 36055
 6         San Francisco, California 94102
           Telephone: (415) 436-6925
 7         Facsimile: (415) 436-6748
           sara.winslow@usdoj.gov
 8
    MICHAEL D. GRANSTON
 9  JAMIE A. YAVELBERG
    ADAM J. SCHWARTZ
10  Attorneys, Civil Division
    United States Department of Justice
11         P.O. Box 261
           Ben Franklin Station
12         Washington, D.C. 20044
           Telephone: (202) 514-6831
13  Attorneys for the United States of America
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO HEADQUARTERS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GINA GIACCONE and STATE OF CALIFORNIA *ex rel.* GINA GIACCONE, <br><br> Plaintiffs, <br><br> v. <br><br> BIOTRONIK, INC, et al., <br><br> Defendants. | Case No. C 12-1858 LB <br><br> **REVISED STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

The United States of America, the State of California, and Gina Giaccone, as Relator, through their undersigned counsel of record, hereby stipulate to dismiss the above-captioned action without prejudice pursuant to Fed. R. Civ. R. 41(a)(1)(A). No other parties have appeared in this action, and no answer or motion for summary judgment has been filed. All appearing parties consent to the Court's jurisdiction.

STIPULATION OF DISMISSAL, No. C 12-1858 LB

1

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
|   |   |   | STUART F. DELERY<br>Assistant Attorney General |
|   |   |   | MELINDA HAAG<br>United States Attorney |
| Dated: September 10, 2014 | | By: | __/s/ signature on file_____<br>SARA WINSLOW<br>Assistant United States Attorney |
| Dated: September 10, 2014 | | By: | __/s/ signature on file_____<br>MICHAEL D. GRANSTON<br>JAMIE A. YAVELBERG<br>ADAM J. SCHWARTZ<br>Civil Division, U.S. Department of Justice<br>Attorneys for the United States of America |
|   |   |   | KAMALA HARRIS<br>Attorney General of the State of California |
| Dated: September 8, 2014 | | By: | __/s/ signature on file_____<br>EMMANUEL R. SALAZAR<br>Deputy Attorney General<br>Attorneys for the State of California |
|   |   |   | REINER & SLAUGHTER, LLP |
| Dated: September 9, 2014 | | By: | __/s/ signature on file_____<br>Todd Slaughter<br>Attorneys for *Qui Tam* Plaintiff<br>Gina Giaccone |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  IT IS SO ORDERED.

Dated: __September 18, 2014_____     _____
LAUREL BEELER
United States Magistrate Judge

STIPULATION OF DISMISSAL, No.  C 12-1858 LB

2